**ASHCROFT LAW FIRM**

November 30, 2018

Magistrate Judge Vera M. Scanlon
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>USA v. Raniere et al | 1:18-cr-00204-NGG-VMS</u>

Dear Judge Scanlon:

On November 28, 2018, this Honorable Court issued a Scheduling Oder in the above-referenced criminal matter to discuss Dkt. 206, a letter regarding status of privilege review as to the defendants in this matter, with a request for my attendance at said conference on December 4, 2018 at 3:30PM in New York. I received this notice on November 28, 2018 at approximately 7:13pm from the United States Attorney's office and 7:24pm from a defense counsel. I promptly responded regarding my unavailability, noting I would be out of the country on other business from December 2, 2018 through – December 5, 2018. I later explained that I would also be out of state for business on December 6, 2018 and December 7, 2018, for another matter.

On November 29, 2018, I engaged in several conversations and email communications with the various attorneys in this matter to determine if we might be able to identify a mutually convenient date that could be proposed to the Court. I identified several dates and times I would keep available during the following weeks to accommodate counsel and the Court. As of the writing of this letter I understand that the various counsels have not yet been able to agree on a date that the parties would propose to the Court. As such, I wanted to promptly share with the Court my unavailability regarding the December 4, 2018, date due to previously scheduled business travel outside the United States, as well as providing the Court my availability for the next two weeks:

    Tuesday, December 11th    Wednesday, December 12th
    Thursday, December 13th    Friday, December 14th
    Monday, December 17th

Alternatively, I offered that I could be available on the morning of December 6, 2018, from 9AM-10AM telephonically, though I mentioned it would be in a public place – the airport – during the scheduled time. As such, my participation may be limited.

Due to my overseas business travel on December 4, 2018, I am respectfully requesting this Honorable Court to at least change the scheduled time for my attendance and participation to one of the dates mentioned above. Thank you for your attention to this matter.

    Sincerely,

    /s/ Michael J. Sullivan
    Michael J. Sullivan