UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                18-CR-204 (NGG)

KEITH RANIERE, <u>et</u> <u>al.</u>,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

       PLEASE TAKE NOTICE that Assistant United States Attorney Kevin Trowel

from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter

should also be sent to:

       Assistant U.S. Attorney Kevin Trowel
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East
       Brooklyn, NY 11201
       Tel:  (718) 254-6469
       Email: Kevin.Trowel@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Kevin Trowel at the email address set forth above.


Dated:   Brooklyn, New York
         December 3, 2018

                                        Respectfully submitted,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

                              By:       /s/ Kevin Trowel
                                        Kevin Trowel
                                        Assistant U.S. Attorney


cc:      Clerk of the Court (NGG)