# SHER TREMONTE LLP

March 13, 2019

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *United States v. Raniere, et al.*, 18 Crim. 204 (NGG)

Dear Judge Garaufis:

  We write on behalf of Kathy Russell to respectfully request that, given her limited financial resources and the cost of traveling and staying in New York City, Ms. Russell be permitted to appear telephonically for the status conference currently scheduled for Monday, March 18 at 11:00 A.M. The government does not oppose this request.

  We appreciate the Court's consideration.

           Respectfully submitted,

          /s/ Justine A. Harris

          Justine A. Harris

cc: All Counsel (via ECF)