UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        - against -

KEITH RANIERE,
    also known as "Vanguard,"
CLARE BRONFMAN,
ALLISON MACK,
KATHY RUSSELL,
LAUREN SALZMAN, and
NANCY SALZMAN,
    also known as "Prefect,"

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Docket No. 18-CR-204 (NGG) (VNS)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Shannon C. Jones from this point forward will be added as counsel for the purposes of privilege review matters in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Shannon C. Jones
    United States Attorney's Office (Criminal Division)
    Eastern District of New York
    271 Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6379
    Email: Shannon.Jones@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Shannon C. Jones at the email address set forth above.

Dated:  Brooklyn, New York
         March 20, 2019

                                  Respectfully submitted,

                                  RICHARD P. DONOGHUE
                                  United States Attorney

                       By:    /s/ Shannon C. Jones
                                  Shannon C. Jones
                                  Assistant U.S. Attorney

cc:    Clerk of the Court (NGG)