**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AES:SCJ/PP
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 15, 2019

BY GOVERNMENT PRIVILEGE REVIEW TEAM
TO BE FILED UNDER SEAL

BY HAND & EMAIL

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

         Re:    United States v. Keith Raniere, et al.
                  Criminal Docket No. 18-204 (NGG) (S-1)

Dear Judge Scanlon:

        In response to the Court's Order of April 12, 2019, the government respectfully states that the Court's Orders, filed at ECF Nos. 502, 505 and 507, with redacted copies filed at ECF Nos. 542, 543, and 544, have not rendered moot the government's request that redacted copies of the defendant Clare Bronfman's February 21, 2019 letter and the privilege review team's February 27, 2019 response be filed on the docket. For purposes of the record and to inform the trial team of the prior arguments raised and litigated, the government's position in that the submissions should be made available to the trial team to the extent possible without disclosing any privileged information. However, in light of the Court's Orders, the government has revised its proposed redactions. The revisions are

attached hereto as Exhibits A and B, and the government respectfully requests that this letter and the Exhibits be unsealed.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

By:   /s/
       Shannon C. Jones
       Assistant U.S. Attorneys
       (718) 254-6379 (Jones)

cc:     Kathleen E. Cassidy (by email)

2

# HAFETZ & NECHELES LLP
ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

April 16, 2019

**VIA ECF (Under Seal and Provided Only to Taint Team and the Court)**

Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Raniere, et al.*, 18-cr-204 (NGG)

Dear Judge Scanlon:

    We write on behalf of defendant Clare Bronfman in response to AUSA Shannon Jones' April 15, 2019 Letter to the Court. (ECF No. 545). Defendant is amenable to making redacted copies of the February 21, 2019 and February 27, 2019 letters available to the trial team. Counsel is in agreement with the redactions Ms. Jones has proposed, but we believe a few additional redactions are necessary to be consistent with what Your Honor has already ordered in her April 12th Opinions. (*See* ECF Nos. 530 and 537). For example, the first paragraph on page ten of Bronfman's February 21, 2019 letter was quoted on page thirteen of Your Honor's Opinion (ECF No. 505), and Your Honor subsequently ordered it be redacted prior to the public filing of the opinion. The government's proposal submitted at ECF No. 545, Exhibit A, did not redact this portion of Defendant's February 21, 2019 letter.

    We have included as Exhibit A and Exhibit B the February 21, 2019 and February 27, 2019 letters with our additional redactions highlighted in yellow. Defendant's proposed redactions are consistent with Your Honor's orders and we would consent to the public filing of Exhibits A and B with these additional redactions.

                            Respectfully submitted,

                            /s/

                            Kathleen E. Cassidy
                            Caroline M. Grosshans

HAFETZ & NECHELES LLP

cc: AUSA Shannon Jones, Privilege Review Attorney (by email)
AUSA Philip Pilmar, Privilege Review Attorney (by email)
AUSA Alicia Washington, Privilege Review Attorney (by email)

2