

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 4, 2019

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re:   United States v. Keith Raniere
>          Criminal Docket No. 18-204 (S-2) (NGG)

Dear Judge Garaufis:

      The government respectfully submits this letter to request a two-day extension of the deadline to submit proposed jury charges in the above-captioned case, from tomorrow, June 5, until this Friday, June 7. Counsel for the defendant consents to this request.

RICHARD P. DONOGHUE
United States Attorney

By:   /s/
     Moira Kim Penza
     Tanya Hajjar
     Mark J. Lesko
     Assistant U.S. Attorneys
     (718) 254-7000

cc:   Clerk of Court (NGG) (by ECF)
      Counsel of Record (by ECF)