D/F

# SHER TREMONTE LLP

July 24, 2019

**VIA ECF**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Raniere, et al.*, 18 Crim. 204 (NGG)

Dear Judge Garaufis:

      I write to respectfully request a temporary modification of Kathy Russell's bail conditions to allow her to travel to Jacksonville, Florida to attend the funeral of a family member from Friday, July 26, 2019 to Monday, July 29, 2019. Ms. Russell's family needs her support at this very difficult time.

      The government, by AUSA Moira Penza, and Pretrial Services do not object to Ms. Russell's request. Pretrial requests that Ms. Russell provide her flight details and the address of where she will be staying once it becomes available.

      I appreciate the Court's consideration.

                                  Respectfully submitted,

                                  /s/ Justine A. Harris

                                  Justine A. Harris

cc: All Counsel (via ECF)

*[Handwritten: Application granted. So ordered.]*
s/Nicholas G. Garaufis
*[Handwritten: 7/25/19]*

90 BROAD STREET | 23RD FLOOR | NEW YORK, NY 10004
WWW.SHERTREMONTE.COM | TEL. 212.202.2600 | FAX. 212.202.4156