# SHER TREMONTE LLP

January 16, 2020

**VIA ECF**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Raniere, et al.*, 18 Crim. 204 (NGG)

Dear Judge Garaufis:

    I write to respectfully request an adjournment of Kathy Russell's sentencing, which is currently scheduled for January 29. This is Ms. Russell's first request for such an adjournment.

    This week, Probation indicated that it plans to issue the Presentence Investigation Report for Ms. Russell by the end of January and will contact the Court at that time to request a new date for sentencing.

    I have conferred with AUSA Tanya Hajjar, and the parties jointly request that the Court adjourn Ms. Russell's sentencing to April 21, 2020 or later.

    I appreciate the Court's consideration.

                                             Respectfully submitted,

                                             /s/ Justine A. Harris

                                             Justine A. Harris

cc: All Counsel (via ECF)