# SHER TREMONTE LLP

 

March 12, 2020

**VIA ECF**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *United States v. Raniere, et al.*, 18 Crim. 204 (NGG)

Dear Judge Garaufis:

  I write to respectfully request additional time to file Kathy Russell's objections to the Presentence Investigation Report ("PSR").

  I received Ms. Russell's PSR on February 28, 2020. I respectfully request an additional 14-days to file objections to the PSR, or until Friday, March 27, 2020. This is Ms. Russell's first request for such an adjournment.

  The government, by AUSA Tanya Hajjar, and Probation do not object to Ms. Russell's request.

  I appreciate the Court's consideration.

          Respectfully submitted,

          /s/ Justine A. Harris

          Justine A. Harris

cc: All Counsel (via ECF)

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 3/12/20