TRP
F. #2017R01840

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **CERTIFICATE OF SERVICE** |
| - against - | Criminal Docket No. 18-204 (S-2) (NGG) |
| KEITH RANIERE, *et al.* | |
| Defendants. | |

- - - - - - - - - - - - - - - - X

      I, Elizabeth Valeriane, hereby certify that on March 10, 2020, I caused to be served Notice of Forfeiture, and a copy of the Second Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(1) in the above-captioned action, by Certified Mail Return Receipt Requested, (attached hereto) upon:

First Principles Incoporated
c/o Business Filings International, Inc.
108 W. 13th Street
Wilmington, Delaware 19801

Dated:   Brooklyn, New York
          July 26, 2021

                                              /s/ *Elizabeth Valeriane*
                                              Elizabeth Valeriane
                                              FSA, Senior Law Clerk



U.S. Department of Justice

United States Attorney
Eastern District of New York

KKO
F. #2017R01840

271 Cadman Plaza East
Brooklyn, New York 11201

March 10, 2020

<u>By Certified Mail/Return Receipt Requested</u>

First Principles Incorporated
c/o Business Filings International, Inc.
108 W. 13th Street
Wilmington, Delaware 19801

**NOTICE OF FORFEITURE TO POTENTIAL THIRD PARTY CLAIMANTS**

Re:   <u>United States v. Keith Raniere. et al.,
      Criminal Docket No. 18-204 (NGG) (E.D.N.Y.)</u>

To Whom It May Concern:

You may have a legal interest in one or more assets which the United States District Court for the Eastern District of New York has ordered to be forfeited to the United States. The enclosed Second Amended Consent Preliminary Order of Forfeiture (the "Second Amended Consent Preliminary Order") more specifically describe the property subject to forfeiture (the "Subject Properties") and the procedure for filing a claim to property in which you may have a legal, right, title or interest. By your receipt of this letter, you are given actual notice of the forfeiture of the Subject Properties. Neither the defendant, nor her agents, are entitled to file a claim to any of the Subject Properties identified in her respective Second Amended Consent Preliminary Order.

The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). If you intend to file a claim, you must do so within thirty (30) days of your receipt of this letter. Any ancillary petition must be filed under the above case name and number in the United States District Court for the Eastern District of New York, Clerk of Court, 225 Cadman Plaza East, Brooklyn, New York 11201, with copies to the undersigned. The ancillary petition must be signed by the petitioner under penalty of perjury and shall assert: (1) the identity of the property in which the petitioner claims a legal right, title or interest; (2) the nature and extent of such right, title or interest; (3) the time and circumstances of the petitioner's acquisition of the right, title and interest; and (4) any additional fact or documents supporting the petitioner's claim and the relief sought. A copy of the ancillary petition should also be served upon:

Assistant U.S. Attorney Karin Orenstein
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

If you have any questions regarding the above matter or need additional assistance please feel free to contact the undersigned.

    Very truly yours,

    RICHARD P. DONOGHUE
    United States Attorney

By:   /s/
    Karin Orenstein
    Assistant U.S. Attorney
    (718) 254-6188

Enclosure:  Second Amended Consent Preliminary Order of Forfeiture

2



