Clerk's Office
File Date:
9/10/2021
U.S. DISTRICT
COURT-EDNY
BROOKLYN
OFFICE



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 10, 2021

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Kathy Russell
      Criminal Docket No. 18-204 (S-4) (NGG)

Dear Judge Garaufis:

   The government respectfully requests an extension until September 29, 2021 to submit its sentencing memorandum as to defendant Kathy Russell. Counsel for Russell has no objection to this request.

                Respectfully submitted,

                JACQUELYN M. KASULIS
                Acting United States Attorney

           By: /s/
              Tanya Hajjar
              Assistant U.S. Attorney
              (718) 254-7000

cc: Counsel of Record (by ECF and email)

**Application granted.
So Ordered.**
s/NGG, USDJ
Hon. Nicholas G. Garaufis
Date: 9/10/21