# Exhibit D

Your Honor,

I am here because I made decisions that were criminal. I knew and I know that falsifying immigration documents was wrong; I negated my own sense of responsibility and agency. I justified Keith's decisions because I was unwilling to bear the consequences and was somehow unable to take a stand to say this is not okay. I will live with these decisions for the rest of my life, knowing I compromised who I am as a person and the values that I have tried to live by my entire life. While I had a difficult upbringing, my family lived by and valued moral principles; the ability to determine right from wrong was always upheld no matter the consequences. The moral judgement they instilled in me is something I value greatly and should have never compromised for Keith Raniere or for NXIVM or for anyone.

Each day I ask myself, Kathy, how did you make this okay? How can I make sure that when I am faced with a situation like this, that it will never happen again?

Sadly, it took the arrest in this case, and the unmasking of Keith Raniere, for me to really understand the gravity of the mistakes that I made. It wasn't until I began reviewing discovery documents and meeting with my attorneys did I really begin to know who Keith Raniere was. I now know that he was not at all the man I believed he was. Since 2019, I have been on a path of learning, healing and self-reflection, and I now understand that his behavior towards me was abusive, manipulative, and oppressive. He is a monster who destroyed so many lives. Lives that will never be the same. And the trauma these individuals experienced, will affect the lives of their families and friends. It is truly a horror that I believed Keith was an honest, honorable man. I have never known or met anyone who went to the lengths he did to manipulate, abuse, and harm. His pedophilic acts are probably the most shocking and cold-hearted examples of his manipulation.

By journaling and hard work with my therapist, I began to identify the situations where I justified in my head the many instances of unkindness, manipulation and abuse. And not just the instances that were directed to me, but the many terrible acts done to so many around me. To help me understand what happened, I started working with a therapist as well as studying college philosophy to re-educate myself. I even went on to explore psychology to better understand my behavior, as well as Keith's behavior. To understand (and to come to terms with) how he could do the things he did. I eventually came to see that I – and so many others – lived a lie. What is most horrific for me is the realization that my acts in blind faith indirectly supported him to continue his acts of abuse and criminal behavior to others. To think that others were hurt far worse than me, and that I was somehow involved, hurts me deeply.

Ultimately, I have come to understand that my greatest vulnerability was my fear, and many of my decisions were made out of fear. Fear of rejection and fear of potential punishment. That fear clouded my judgment and I lost my way, I thought I had a stronger character that could recognize deceitful and deceptive means. Sadly, I did not. And for that I am deeply ashamed and regretful for what my actions have caused and what it meant to be someone who supported and was complicit with Keith. Sending a message to everyone in the community who believed Keith

was someone to trust, that he was honorable, and someone who lived a moral life. I apologize to each and every person for supporting such a deceitful and devious person.

My delusion on who Keith is has come at a very high price, not only to myself, more importantly to everyone who in some way were also pulled in and were hurt.  Your Honor, I ask that you, and all those who have been hurt by NXIVM, accept my remorse.

Respectfully,


Kathy Russell