SHER TREMONTE LLP

October 7, 2021

**VIA ECF**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Raniere, et al.*, **18 Crim. 204 (NGG)**

Dear Judge Garaufis:

    After further consultation with the government regarding appropriate redactions, *see* ECF No. 1129, we write to respectfully submit a redacted version of Exhibit B to Kathy Russell's sentencing submission (ECF No. 1128-2), which is attached hereto.

                Respectfully submitted,

                */s/ Justine A. Harris*

                Justine A. Harris
                Amanda Ravich

Attachment