# Exhibit B

Exhibit B-1

**From:** sage11@aol.com
**Sent:** Monday, June 15, 2009 8:54 AM
**To:** keithraniere@yahoo.com
**Subject:** Thoughts

K:

I do my best to push past these feelings when they arise; the ones that yearn for some closeness...some connectivity with you. I reach out for you, and you aren't able to reach back. Time is passing, our moments of connecting are becoming so infrequent they feel almost non-existent. Is this the way things are to be? There are things I don't understand...and waiting for the moment until you can enlighten me with this understanding seems unattainable. You went on a journey, and said you would tell me things when you would see me...I don't see you. I go about my day, doing my best to develop myself with all the wonderful tools you have created...really I should be elated for being offered the keys to inner happiness, and be diligently seeking my vision...working to give form to this; and here I'm writing you feeling loss, wondering all of the whys I don't know. Wondering do you miss me, do you love me. I wake up in the middle of the night, like tonight, feeling these feelings...I call; it feels like I cry into the night and no one comes.

Is there something I can do different? Have things change with our commitment?

K

---

**A Good Credit Score is 700 or Above. See yours in just 2 easy steps!**

VDM_NXIVM000221205

Exhibit B-2

FYI

------ Forwarded Message
**From:** "sage11@aol.com" <sage11@aol.com>
**Date:** Mon, 11 Oct 2010 19:38:25 -0400
**To:** <Lauren@nxivm.com>
**Subject:** Re: my concern

Lor:

I thank you for your concern and care for me...I too care about this very much.

I just sent you an email, from your mother and my reply to her about my assignment.

This is a really stressful week, and I am on a tight timeframe we are filing the commodities taxes, I am preparing 3 other tax returns and meeting with the attorneys on Wednesday. After the 15th...in 4 more days, I will more time and be able to address the email you wrote below and begin my assignment.

Please know I do care
K

-----Original Message-----
From: Lauren Salzman <Lauren@nxivm.com>
To: sage11@aol.com <sage11@aol.com>
Sent: Mon, Oct 11, 2010 3:25 pm
Subject: my concern

Kath,
I'm having a difficult time because I want to help you work your issues, but you don't seem to want to work a consistent program and you aren't the program V suggested and P asked you to do for your job. I am concerned b/c I don't see you being able to keep your job if you're not willing to work with your employers or do what they ask of you.

Do you like and want to keep your job? If so, I think it's important to consider that you're not meeting the conditions of satisfaction of the people you're working for. The assignments we're giving you are to get you to a place where you can meet them. If you don't do the assignments we can't help you and ultimately if you don't evolve certain limiting patterns, it will eventually result in you being replaced with someone more efficient who does not have obstruction issues.

In any other case I would have moved you to another coach already. My experience over the last 8 months is that my two stripe yellows are more committed to their growth than you are. However, I fear that if I move you to someone else you will never look at this and I am very concerned for you and your effects. You should be too. Tell me that you care about this as much or more than I do.
xx
L


------ End of Forwarded Message

# Exhibit B-3

**To:** keithraniere@yahoo.com[keithraniere@yahoo.com]
**From:** sage11@aol.com[sage11@aol.com]
**Sent:** Wed 11/17/2010 8:07:02 PM (UTC)
**Subject:** contract

K:

Before I consider bringing anything to you, I make every effort possible to resolve it by my own means, and I apologize for bringing this to you but I'm in a pickle.

I met with Clare about the hours I worked on the plugged in contract, she asked that I determine which hours were for research of the contract and what hours were for preparing, coordinating, meeting, emails, reviews, etc. She ask that I provide a credit on my bill for the researched hours. Although, I'm not in total agreement with this, I agreed to it all the same. As I felt I did not communicate in the process and I felt since I didn't handle this well, there is some responsibility on my part for this...

I don't remember what exactly was said but it seemed that the revised bill could be processed relatively quickly. So, I deducted 4 hours for research and rebilled the remaining hours on Monday. I asked if I could receive a check either that day or the next. There was no response. I send an email yesterday asking if a check could be cut today...no response. I sent an email today, and no response.

I am sorry to bother you with this, but I am out of money...and my credit card is in need of an immediate payment. If I wasn't living hand to mouth, I could wait until Friday for my regular pay and resolve it later...I think Clare doesn't realize people who work for poor man's money counts every dime, and like me commits in the process of earning.

This is one of the things I would like to speak with you about...as I don't like living this way. I didn't live this way before I came and I don't want this to continue.

Thank you for whatever you do.

K

Exhibit B-4

From:           sage11@aol.com
Sent:           Friday, November 19, 2010 1:14 AM
To:             keithraniere@yahoo.com
Subject:        Fwd: Contract Billing
Attachments:    Billing_Detail_Contract.CBxls

K:

I am not sure how to handle this and I need your help...

Attached is detail of the hours I performed related to the contract, I discounted my billing by 4 hours...Clare wants to discount my billing by 15 hours. I find this unreasonable. This is not the first time she has deducted hours...

I thought before I respond to Clare that I ask your thoughts. Honestly, I think for the rate of pay the hours are reasonable; if I was paid $45 hour or more then maybe a greater reduction would be warranted.

I really don't want to work under these conditions, and my initial impulse is to resign. I refrained from sending that email, until I spoke with you.

Know the timing of this isn't great...so sorry.

K


-----Original Message-----
From: clarewebb21@aol.com
To: sage11@aol.com
Sent: Thu, Nov 18, 2010 7:13 pm
Subject: Re: Contract Billing

Oops.....


-----Original Message-----
From: sage11@aol.com
To: clarewebb21@aol.com
Sent: Thu, Nov 18, 2010 7:10 pm
Subject: Re: Contract Billing

There was no attachment...

So, I don't know what you are proposing...I really hope it is not 6.5 hours for the entire project.




-----Original Message-----
From: clarewebb21@aol.com
To: sage11@aol.com
Sent: Thu, Nov 18, 2010 6:42 pm
Subject: Re: Contract Billing

VDM_NXIVM000202552

Kathy:

I have reviewed the contract and am attaching my a copy where in red are the hours I agree with. I am not totally disagreeing with the rest, I still think 6.5 hours is a stretch, but am willing to hear your thoughts on the other hours. However, I am concerned your need for money right now is not helping you to look at this with the companies best interest and what is integrist. So I have a suggestion. I can agree to pay your invoice now - so you can have the cash you need and you can have two weeks to work off the additional hours. Meaning you don't invoice for them.

This is important as it is looking at how to be in integrity with the company, as far as how much you are being paid vs the work product NXIVM is receiving.

So I would propose the following: I approve the invoice you are paid tomorrow and you re-evaluate the areas not in red. Imagine you were controller and under you was a person writing a contract and they handed this to you: what would you do?

Clare


-----Original Message-----
From: sage11@aol.com
To: clarewebb21@aol.com
Sent: Mon, Nov 15, 2010 1:10 pm
Subject: Contract Billing

Clare:

I went through the billing detail of what I billed on the Plugged-In contract. I have deducted 4 hours as research on the contract. Attached is the detail for your review.

I've attached a revised bill to rebill the remaining contract hours, please approve or offer your thoughts....

Would it be possible to get this check tomorrow???

Thanks,
K

VDM_NXIVM000202553

Exhibit B-5

**From:**          sage11@aol.com
**Sent:**          Friday, November 11, 2011 7:45 PM
**To:**          keithraniere@yahoo.com
**Subject:**          Your feedback

Keith:

One of the items I had on my list was to ask your guidance about my job, while I'm working to evolve my anger and control...I seem to be unable to find what would be the thing to help me get past this and evolve this. I have been here almost 10 years, I am loyal to you and want to support you...although in figuring out what would be the best path for me, I have also thought about would it best to resign find something else...so I wanted to ask your help.

Maybe it was the timing, I am not sure but based on our conversation today and the feedback you gave me in relation to the NDA which I am certainly reacting to, I am not sure how best to address.

I have forwarded you the email...from my experience this is the second time where there has been an incident prompted by her and the second time you have reprimanded me. The first time this occurred I regarded your feedback highly and I sincerely looked at how I could improve this in myself and evaluated how I relate with others, this time it seems the feedback is unfounded.

 K

VDM_NXIVM000195146

Exhibit B-6

**From:** sage11@aol.com
**Sent:** Monday, December 17, 2012 6:16 PM
**To:** keithraniere@yahoo.com
**Subject:** Fwd: clare

K:

This is the situation I called you about last night...

Last night Clare met with me about this situation, and I would like to speak with you about what happened during the meeting and in general situations related to her and I working together. I've worked at improving myself, and the things we have spoken about...I would like to ask for your guidance.

Thanks,
K

-----Original Message-----
From: Silas Bryant <alaskan_kobuki@hotmail.com>
To: sage11 <sage11@aol.com>
Sent: Sun, Dec 16, 2012 8:17 pm
Subject: FW: clare


*Sent from my Motorola ATRIX™ 4G on AT&T*


-----Original message-----
**From:** 9079472464@mms.att.net
**To:** alaskan_kobuki@hotmail.com
**Sent:** Thu, Dec 13, 2012 16:19:10 GMT+00:00
**Subject:** FW: clare

Hey, I was going through the emails on the A/P computer this evening and I saw an email where you had said some not very respectful things to my mom. I am not trying to cause a conflict just shed some light on the situation, I know I don't know all the details but from my observation when I am working with my mom she is always busy with either a request from one of the companies, Keith, training myself, Ginger, Michelle, and Julianna, doing the work idk how to do yet, or an important phone call. I've been trying to avoid saying bad things about Karen A. but to be honest most of the issues I have come across have been because of her laziness. My mom and I are trying to fix all those problems as we can. I want us all to have a good relationship within work and outside of it. I know things may seem rough right now for everyone but making everything more efficient isn't easy, if you could try and be patient that would be most helpful. And I would really appreciate it if you treated my mom with the same respect you would give kKeith or Nancy. It will create a much better work relationship between you and her which will help both of you in the long run. Thanks, Silas


This is the email Silas saw

**From:** Clare Bronfman [mailto:clareb@nxian.net]
**Sent:** Friday, November 16, 2012 5:42 PM

VDM_NXIVM000184966

**To:**payables@axiologyinc.compayables@axiologyinc.com
**Subject:** Re: Legal Invoices

Kathy,

You are asking me to drive a car blind. It should take you no more than 30 minutes to enter the cash-flow and the export list, at least just ESP. If you can not manage to do this, either you must be incompetent or you are highly inefficient.

Clare

VDM_NXIVM000184967

# Exhibit B-7

**To:** keithraniere@yahoo.com[keithraniere@yahoo.com]
**From:** sage11@aol.com[sage11@aol.com]
**Sent:** Mon 12/16/2013 5:01:15 AM (UTC)
**Subject:** Everything

Keith:

Over the last month or so, I've called and texted asking to speak with you and we have yet to connect. So, I think it may be better to write you. There are many things I would like to speak with you about, and yet I'm failing to figured out how best to communicate with you...and as time elapses, my list piles up, and after a while I tend to forget and don't follow up.

SOP:

For about a month, I've made attempts to speak with you about the transition of the SOP accounting to Mike Baker. I assume you are aware of this. I also asked for your approval to give Mike Baker access to the online banking, I have yet to hear whether it is okay or not. If it was not I assume you would let me know, I am planning to give Mike full access tomorrow.

I noticed when I logged in to the bank account that there was a check issued to Ben for programming services, this was to be paid by Etholutions, which manages all of the program development. Not sure if there is a process to approving checks with you.

About a week or so ago, I sent an email about the process to reconcile the SOP system to the bank and how to record deposits in the accounting system, I don't think this is the process that is being chosen to use. The response I received from Jim...is below.

Thank you for the analysis Kathy.  I assume we will need your help in dealing with some of our outstanding issues.

Jim

The process to initiate the transitioning of the accounting has been weird. My conversation with Jim is that I'm not a part this any more...the conversation was abrupt, little data, and not really sure what was going on. I had heard Clare met with the SOP guys and initiated the transfer.  This is about all I know, I spoke with Clare today and it is her view that Mike is in charge and I'm to report to him as though he is my boss.

About 2 months ago, we spoke about some specific deposits, I think that will need to be addressed at some point.

On a personal note -

I spoke with Clare today, it is here belief that my skill set and knowledge is distorted due to my prior boss inflating my abilities and skills. This sounds like what you have told me in the past. She doesn't trust for me to oversee people in the accounting department; and she believes Shelly does a better job at keeping the books than I. When I gave a plan to address the accounting department that included hiring more staff, she doesn't feel this is an option at this time. That she believes many of the companies should go to Shelly.

I have a difficulty with this, as Paul's has expressed his experience of Shelly during conference calls with Matt; when topics or concepts on how to handle expenses or concepts that are reasonable for her to understand she states she is just a bookkeeper doesn't want to know anything further. There is other data from Karen A who had reviewed her files for supporting documents for our files, found she had duplicate paid for things, and lack of receipts and supporting documents.

I realize I have caused this and created much of this problem by my need to control, blame, complain and my indulgence in fear...I feel I am not getting through these issues urgently enough and I think it is better to have all of the accounting moved to either another accountant, Paul's office or Shelly. What I'm planning to recommend is to have the accounting placed on a server, so I can have access and begin closing the books and prepare taxes until someone can be found to replace my position.

I have been loyal to you, and have held my post...and while I strive to correct my breach, my immature emotionality, my lack of communication, and correct my controlling behaviors...I'm not getting through it. I have a consequence of not getting through my issues and have been placed as inactive Proctor. I have until March to correct.

I don't know how to address all of these things at once, my conversation with Clare today...is that I should stop my chess for a while, maybe not take dance at times. So, I don't think Ultima is option at this point. My best thought to turning this around is to quit as a Proctor, quit the Movie of Honor, quit Chess...focus on Work and dance for 9 months and hopefully someone can be hired to replace me. I will look for another job, where I can have insurance and make more money. I know I have caused this...I am having difficulty finding a way out.

I think the hardest part was the day I drove you to be with Barb J and I asked what I could do to be closer with you...and you had no response.  So maybe I earned the no response...I don't know.

I apologize for my immaturity, I don't know if you have any thoughts as I'm at a loss.

K

Exhibit B-8

Nancy:

I'm not sure how best to respond to your text today...

I wasn't sure what people you were referring to and the problem is all over the company.

By having only one person in the office, payments will continue to be late and things will continue to be behind; to change this would require hiring trained accounting help.

I think it would be important to speak with Paul and possibly Karen A and Sue...to get another perspective of what is going on.

Clare's response to my email seems to not understand that the company's are hurting.

Can we speak about this further, while I understand a major component is my breach...there is more that is not being addressed or considered.

K


-------- Forwarded Message --------
**Subject:** Re: Request
   **Date:** Sun, 25 Jan 2015 21:20:51 -0500
   **From:** Clare Bronfman <clarewbronfman@gmail.com>
      **To:** sage11@aol.com


Kathy:

You are asking me to make your life easier yet, you refuse to consider anyone else - I feel like doing this supports your suffering and entitlement - I am not sure what to do……

C
On Jan 25, 2015, at 7:04 PM, sage11@aol.com wrote:


Clare:

I've sent you several emails, although not sure you received them. So, I'm sending this request to your gmail account.

NXIVM00300979

I would like to request your approval to have remote access to the accounting server loaded on my computer. This would be especially helpful with 1099's due, and being able to work from home.

I also spoke with Karen Abney and she is willing to help with some of the prep work to complete 1099's.

This to would be very helpful to completing the process and would like to ask for your approval to have her help with this process.

Thank you,
K

NXIVM00300980

Exhibit B-9

| From: | Kathy Russell <sage11@aol.com> |
| --- | --- |
| Sent: | Thursday, December 31, 2015 6:16 PM |
| To: | Nancy Salzman |
| Subject: | Thoughts |

Nance:

Here are some of my thoughts today...

It feels scary to not have a job...In many ways I made my job my life purpose.

Yesterday I was 50/50 today, I'm 70% to leave and 30% to stay. There are a variety of reasons.

Over the last 10 years, my relationship with Keith has been reduced to texting and an occasional hello at volleyball if I go. He rarely responds to my text. In going over some of my past emails, I have many emails that I reached out to him about things in accounting, next steps, is this a good idea, do you think we should do this or that...no response. I've reached out recently via text on next steps for science, I don't know how to do what he wants. I continue to text and receive no answer. I don't know how to address this...

I'm not sure I want to work for Nicki, I recall the last situation between us. There was an issue with her reviewing our micro paper and give people feedback for several weeks. The group was frustrated as they didn't know what to do to improve...or whether their work was accurate or not. I continued to reach out with her, and she became upset with me.

Writing is not easy for me, grammatically I am very poor...English was my poorest subject, and I have no experience or knowledge of how to write brochures.

I'm hesitant about the science, for two reasons...if I'm not able to work well with people this project is not going to get off the ground, two if I'm not able to get info from Keith it will not move. While this is something I love...although again I may be delusional of what I think this is and in reality I doubt I'm qualified to do this.

In someways over the last year, I have worked harder than I have before to change things in myself. In reality it wasn't enough to make the difference. To change what happened with my job. I also worked at changing things for me to restore my proctorship...yet it wasn't enough to change that either. I have reservations that it won't be enough.

I need to make a decent living, have health insurance, a decent care and be able to put money away for when I get older. When I came here I had a fair amount of money...making $15/hr coming from $39/hr was difficult...and eventually all my money was gone. I am flat broke, my car is about to die...and I really don't have anything.

None of the above options are going to make enough money for me to live...and sustain myself. I love Keith, but I'm questioning whether he can make plugged happen or any of his ideas fully thriving. He could do it on his own, except for the possibility of the knife...as I think rosa Laura has what it takes; not really sure about the rest.

The most moving for me was the last ethicist, I had an experience of what the civilization principle is and this is the only thing, I think, will transform our world. I see the parts in me...not connected to self, self absorbed, and my lack of empathy with others. These behaviors and beliefs are a serious road block to attaining the humanitarian premise.

Clare's influence with the companies, and the manner in which she wrote the email to me has concerns for me. While she will always defer to Keith...I don't know I want to be a part of things while she is in command.

1

NXIVM00297851

It pained me to see you cry when we were on skype, I felt the pain of how much this must of hurt you to be the one to tell me this. And to do what you could to change things to make it better for me and that you couldn't. I know in your heart you want to make things better for people, and you knew what this meant for me. I loved you more in that moment than I could express. That moment continues to be a painful and emotional experience for me. I don't think I will ever forget it.

I've been here for almost 14 years. I made my job my life. The way things transpired to remove me from my job is difficult for me. There were many times, I wanted to do things or quit and felt a loyalty and purpose for what I was doing. I realize that you have been quite kind in helping me see that my inability to work with others and my narcissistic tendencies are what removed me from my job. I' not sure where to go from here. I feel you are my only ally.

Sent from my iPad

NXIVM00297852

Exhibit B-10

Begin forwarded message:

**From:** Clare Bronfman <clarewbronfman@gmail.com>
**Subject: A few things**
**Date:** December 30, 2015 at 11:41:51 PM EST
**To:** Kathy Marr <sage11@aol.com>

Dear Kathy,

I hope you are doing ok after yesterday. I am deeply saddened it came to this. My greatest hope is you can evolve some of the problems in working with others so you can create a viable cash flow for yourself via the various opportunities you have. Please know, I love you as a person and that this is no reflection of that, it is a need to operate business decision.

I would love if you can help me with the following as we try to ensure no balls are dropped.

1. I need a full understanding of what you were planning to do with Per Diem money on account (the company is closed, but if it is money owed to Barb, she earned it and I have the responsibility of enacting her wishes as Executor of her will. Same with Integracion Hispana #2.

2. I need a full accounting of, and access to the safe in the office. What monies did you put in there and what have you taken out (aside from what you took for yourself).

3. To give Whitney access to the remaining bank accounts: JCL, WWL, WWN (is there one?), EPI, and the SEFCU accounts: ESP and WWN

4. There is a payment due of $24.5K to NPL from ESP - what is this for?

Thank you for helping,
Love, Cx

# Exhibit B-11

| From: | sage11@aol.com |
| Sent: | Monday, January 4, 2016 10:08 PM |
| To: | nsalzman@nxivm.com |
| Subject: | Today |

Nance:

After today, it was pretty clear I'm not going to get through this. It seems I'm really out to lunch...and I'm the one who is wrong here. Everyone else sees this but me. I really want to go...

Clare emailed me and has asked me to return my key to 457. I don't understand this. I have science stuff at 457, Pam's and Jness tax documents as well as yours. Why would I not be permitted to have a access.

I have a lot of my personal items and my plants at 457. I don't have a place for my plants.

NXIVM00297903

Exhibit B-12

| **From:** | Nancy Salzman <nsalzman@nxivm.com> |
| --- | --- |
| **Sent:** | Friday, March 25, 2016 11:15 AM |
| **To:** | sage11@aol.com |
| **Subject:** | Re: Plan |

In reading your idea of the plan I notice it deals only in effects and is unrelated to the cause. I don't think you understand your issue or how it relates to the actual damage you've done (which is irrepairable). Until you relate the data you have and you've gotten to your personal breach you won't feel the pain of what you've done. I believe this is why you don't feel any urgency to change it and why you feel punished by having to do this work rather than happy to do whatever it takes because you see that it's saving your life.

Go online and get the steps for a proctor to do a breach write-up and write your breach and the affects this morning.

The may help you understand….

On Mar 24, 2016, at 5:29 PM, sage11@aol.com wrote:

I've thought about a plan to address the destruction I created due to my inability to complete projects and the violent treatment of others I have worked with. It is important to me to correct these affects I've caused the company and the individuals I've mistreated. To honor and be grateful for the opportunity to work for the company again due to these effects.

I do have concerns about making this plan, as it has been my experience when situations have come up whether there was missing data, or unknowns...my experience is both sides of the situation were not considered.

The objective is to complete projects timely as agreed and work with others in a humanitarian and caring manner. To be helpful and reliable. Helpful and supportive to those I work with...what would support them in their efforts and uphold them as a team member.

The Project would be identified, quantified, with an end product determined. As additional data related to the project is determined, communication of these updates would be made as soon as known. Time frames, benchmarks and steps to complete the task. Updates would be provided along the way and measured to time frames and results.

In addition to the measurement of the project, there would be a measurement provided by those who worked with me. I would be graded on my ability to move the project, helpfulness, flexibility, was I easy to work with and did I obstruct.

In the event I fail at meeting the project agreement and measurements, for every failure or hour I fail to meet the project I will lose an hour of pay. For every unfavorable work assessment by my peers I will ask my peer what I can do to ease their daily life in some way. Run an errand, do something that will lessen their load. I will evaluate my process

NXIVM00332204

and figure out how I created this, where I was uncaring and unaware how I affected them and caused this. I will plank daily for a week and lessen my calories by 200 each day for a week.

In my experience, much of the work to be done for Jness and SOP is reconciling and clean up work. While the end product can be identified, its a project that until you get into it, you don't have an idea of the scope of the project or what it will take to complete it.

It is important to me to correct the bad effects I have caused you and the company and make things good...

NXIVM00332205

Exhibit B-13

| From: | sage11@aol.com |
| Sent: | Friday, May 29, 2009 2:23 AM |
| To: | keithraniere@yahoo.com |
| Subject: | thoughts |

K:

Each month for the last five months I've written and rewritten emails about wanting to leave.  I just wrote another, this time I was very close to sending; I feel I need to figure this out and I thought before taking those steps it would be better to speak with you first.  I tried calling a few minutes ago, I don't think you were well enough to answer.

I'm feeling very tired and want to sleep, would you have time to speak with me tomorrow?

K

---

Just Two? Get Easy to Make Recipes. Sign Up - Free Email Newsletter.

VDM_NXIVM000223351

Exhibit B-14

**Subject:** Fwd: Paul
**From:** "Sage11@aol.com" <Sage11@aol.com>
**Sent:** Tue, 22 Jul 2014 09:02:36 -0400
**To:** nsalzman@nxivm.com

Nancy

This is the email I received from Clare today...when Paul and I spoke about what approach would offer the best option to completing the steps towards preparing the tax returns this is a different path. I have a call with Paul today, I will ask his opinion of this and would he be willing to speak with you.

I will do my best to support this and the process. Given what we spoke about yesterday, and the course of things and approach...i thought deeply of where things are and how i contributed to this. This situation has not been good for all involved, and i do think clare has shut me out in addressing and working through this as a team, a collaborative effort. instead the accounting department has been reduced to one person, not a fair or reasonable solution given what is needed to make this work. it seems i bear the weight of this failure, and some how we failed at looking at the objective and making the best decisions on how we could we could achieve this...the taxes and a functioning accounting department.

over the last few months and particularly the last few weeks i have search my soul to do the right best thing. And while I will see this through, I think it is time to ask Keith's permission to inquire with possibly Steve Danzig for employment options and resign with the company.

K


Sent from my iPad

Begin forwarded message:

> **From:** Clare Bronfman <clareb@nxian.net>
> **Date:** July 22, 2014, 8:29:30 AM EDT
> **To:** "sage11@aol.com (SAGE11@AOL.COM)" <sage11@aol.com>
> **Subject:** Paul
>
> Dear Kathy,
>
> I spoke with Paul today and we are ready to get started. I would like him to have access to all the books, including NXIVM (ESP), PPI, EVE etc books. I am working with Ben on this aspect. Paul will be ccing me on everything and he will be authoring the direction. My hope is that you will assist in terms of allowing him to author the direction, working with him to help him do what he needs to do and being forthright in communication in addition to continuing to put together the returns.
>
> I have a few people in mind to hire to work directly with him who will also need your help and I ask you respect that they are under Paul's direction and not block any thing they are trying to do unless there is a legitimate reason, not a fear based reason, and if so, I would ask you communicate to Paul and cc me. Paul will cc me on all communications, I ask you to do the same.
>
> I had hoped this would be easier and that you would have been more open to dropping some of your continuing strategies to be able to see how the end of this will be so good for you (relief), the Company and Keith. Please continue to work on this.
>
> Love, Clare

Exhibit B-15

| From: | sage11@aol.com |
|---|---|
| Sent: | Wednesday, August 13, 2014 2:08 AM |
| To: | nsalzman@nxivm.com |
| Subject: | Fwd: We should talk soon |

Nance:

I received this email from Clare today, I need your help.

With the amount of work that is in the accounting office and all the requests being received before Vweek, if I don't have Sue's help I won't make it. I don't why Clare is taking this position. I do know, I am no longer in a place to keep doing this, after Vweek either she needs to have some one full time in the accounts payable position or I will resign. This is unfair and I'm not willing to do this anymore. I'm waiting to hear from Paul, as he agrees it would be better to have an accounts payable person on site, not sure he is willing to go to bat. I do not know why Clare is unwilling to re-evaluate this.

I am sorry to bother you with this, my next step is to request a meeting with Keith and Clare as her boss...but this is the worst time to even think about going there given the state of so many things.

Thanks,
K


-----Original Message-----
From: Clare Bronfman <clareb@nxian.net>
To: Kathy Russel (SAGE11@AOL.COM) <SAGE11@AOL.COM>
Sent: Tue, Aug 12, 2014 7:50 pm
Subject: Re: We should talk soon

Kathy,

I hired Sue to assist Paul – what happened? Please fix this or I will need to
come in and let Sue know you have no authority and she is only to work with
Paul.

Please help and don't hinder. I am trying to make things better and again you
are blocking the process. Please really look at this.

C
On Aug 12, 2014, at 12:25 PM, Paul M. Fruci ███████████████████ wrote:

> Suzanne,
> I know that you are working with Barbara and that she is very ill and now
working with Kathy too.  But, we have accomplished nothing so far on our
project.
>
> When we set this up I only asked for one thing and that was that we had a
dedicated person that we could work with whose first priority would be working
with us.  That is because I think that Kathy is way too busy to provide us with
support and Clare is not only busy but unfamiliar with the details of the
accounting.  Suzanne, I asked a week ago for you to call and just set up a time
that we could speak and today you promised to call in a few days.  Just call

NXIVM00316452

Katherine and set up a time.  It will take 3 minutes.
>
> Here is the thing.
>
> Suzanne, you need to find out from Clare how to set your priorities and what
your priorities are. I think Kathy and Clare are not on the same page.
>
> Kathy, you need to help me get me work with Suzanne to get going on this.
>
>
> Paul
>
>
>
>
>
>
> Paul M. Fruci
> FRUCI & ASSOCIATES
> www.fruci.com<http://www.fruci.com/> |
> ███████████████████████████████████
> 218 North Bernard |Spokane, WA 99201
> Phone: 509.624.9223 | ████████████████  Fax: 509.742.9211 | Toll Free:
1.877.264.0486
>
> CONFIDENTIALITY AND CIRCULAR 230 NOTICE:  This communication is intended for
the sole use of the individual and entity to whom it is addressed, and may
contain information that is privileged, confidential and exempt from disclosure
under applicable law.  You are hereby notified that any dissemination,
distribution or duplication of this communication by someone other than the
intended addressee or its designated agent is strictly prohibited.  As required
by the Internal Revenue Service, anything contained in this communication
pertaining to any U.S. federal tax matter is not to be used for the purpose of
avoiding federal tax penalties under the Internal Revenue Code or for promoting,
marketing or recommending to any third party the tax implications of any
partnership or other entity, investment plan or arrangement discussed in this
communication.  If you have received this communication in error, please notify
this firm immediately by calling 509.624.9223, or by reply to this
communication.
>
> From: Suzanne Kieper [mailto:soadatama@gmail.com]
> Sent: 08/12/2014 4:00 AM
> To: Paul M. Fruci
> Subject: Re: We should talk soon
>
> Hi Paul,
> Sorry, life has been a bit upside down.  I will try to connect in the next few
days to set up a time to talk.
> Thanks,
> Sue
>
> On Tue, Aug 5, 2014 at 11:18 PM, Paul M. Fruci
> ████████████████████████████████████
wrote:
> Suzanne
> You can set up a time with Katherine.
>
> Yes the phone, not the cell.
>
> Paul
>
> From: Suzanne Kieper [mailto:soadatama@gmail.com<mailto:soadatama@gmail.com>]

2

NXIVM00316453

> Sent: Tuesday, August 5, 2014 6:20 PM
> To: Paul M. Fruci
> Subject: Re: We should talk soon
>
>
> Yes the number below is what I need to call?
> On Aug 5, 2014 8:01 PM, "Paul M. Fruci"
██████████████████████████████████████████
wrote:
> Hi Sue
> Can you please call Katherine tomorrow morning when you start working and set
up a time that would work for you so that we can actually meet on the phone and
talk.
> Thanks
> Paul
>
>
> Paul M. Fruci
> FRUCI & ASSOCIATES
> www.fruci.com<http://www.fruci.com/> |
██████████████████████████████████████████
> 218 North Bernard |Spokane, WA 99201
> Phone: 509.624.9223<tel:509.624.9223> | ████████████████<tel:509.216.4160> |
Fax: 509.742.9211<tel:509.742.9211> | Toll Free: 1.877.264.0486<tel:1.877.264.0486>
>
> CONFIDENTIALITY AND CIRCULAR 230 NOTICE:  This communication is intended for
the sole use of the individual and entity to whom it is addressed, and may
contain information that is privileged, confidential and exempt from disclosure
under applicable law.  You are hereby notified that any dissemination,
distribution or duplication of this communication by someone other than the
intended addressee or its designated agent is strictly prohibited.  As required
by the Internal Revenue Service, anything contained in this communication
pertaining to any U.S. federal tax matter is not to be used for the purpose of
avoiding federal tax penalties under the Internal Revenue Code or for promoting,
marketing or recommending to any third party the tax implications of any
partnership or other entity, investment plan or arrangement discussed in this
communication.  If you have received this communication in error, please notify
this firm immediately by calling 509.624.9223<tel:509.624.9223>, or by reply to
this communication.
>
>
> <winmail.dat>

3

NXIVM00316454

Exhibit B-16

| From: | sage11@aol.com |
| Sent: | Thursday, November 5, 2015 3:10 PM |
| To: | nsalzman@nxivm.com |
| Subject: | Fwd: Reports |

Here you go...

Clare:

I have reviewed your request below...

The current staffing in accounting is me and a part time Accounts Payable person (who lacks basic bookkeeping skills, reliability and follow through to take on the position fully). What this means is the accounting department is and has been in a state of crisis management for some time.

While I certainly contribute to this level of failure and add to this by my own dynamics, the reality is we do our best to pay the bills, make sure there is money in the accounts, payroll, and respond to incoming requests...and for the most we are failing at that. There is much that falls through the cracks.

I understand the importance of the requests, and in normal conditions this data would be something as a matter of practice.

The current focus for the next week and a half to two weeks is to get payables caught up, project/company funding, things like Hot Wax, finalize the sale of Grant to NPL, close on Oregon shortly thereafter, ESP month end closing for Sales and HT Reports, and address pending items from last month.

To give you a timeline for your requests;

The list of fixed expenses for ESP can be done in reasonable short order after the 15th.

A weekly A/P report for ESP only. With accounting being behind, payables is very reactive. Essentially we pay each Company's invoices as soon as the invoices are entered...this provides the most efficiency and this is prioritize based on the company and who needs to be paid right away. ESP may or may not have payables every week, and we can send you a report at some point during the process.

I'm not sure how to respond to the remaining items. Depending on what I spend my time on, other items won't get done. There are some pending tax things related to SOP, Jness, Pam that require attention relatively soon. There are some serious issues with Ultima and ExoEso...that also need to be addressed; as well as ESP taxes.

What I can do is give you rough estimates of below, this would mean...no list per se, just an estimate. This would also go for a monthly P/L, this would be a rough estimate with an accuracy of somewhere

NXIVM00309251

between 70-85%. I will do my best to have something for you after the 20th and before the end of the month.

It is difficult for me to give you a solid date, as there are things that come up daily. Any added or additional projects may also affect the timeframe when this project would be completed.

Thanks,
K
....
Nance all of this is crazy...unless she hires some skilled people to work accounting, I no longer want to work like this. I don't want to work for her and I want to give my notice...ending Dec 31st. I don't want to go through another of year of this.


-----Original Message-----
From: Clare Bronfman <clareb@nxian.net>
To: Kathy L Russell <sage11@aol.com>
Cc: KR <keithraniere@yahoo.com>
Sent: Tue, Nov 3, 2015 10:11 pm
Subject: Reports

Dear Kathy,

I hope SOPC2 was useful. Keith and I are reviewing some things
with NXIVM financials and we need the following for NXIVM:

1. List of fixed
expenses
2. A/P - weekly
3. P & L - monthly

Additionally, a list of all
outstanding expenses not accounted for (MPI for example, NXP etc) and a list of
debts both to and from NXIVM.

Can you please have this ready by Friday?

Thank you,
Clare

NXIVM00309252