DOCKET NUMBER: CR 18-0204 (NGG)

## CRIMINAL CAUSE FOR SENTENCING

Date Received By Docket Clerk:_____  Docket Clerk Initials:_____

**BEFORE JUDGE:** <u>GARAUFIS</u> **DATE:** OCTOBER 6, 2021  **TIME IN COURT** <u>2</u> **HRS**  **MINS**
@ 11:00 AM.

**1. DEFENDANT:** KATHY RUSSELL

Present X   Not Present    Custody    Not Custody X

    **DEFENSE COUNSEL:** JUSTINE HARRIS / AMANDA RAVICH
    FEDERAL DEFENDER:     CJA:            RETAINED:  X

**2. DEFENDANT:**
Present   Not Present     Custody   Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:     CJA:    RETAINED:

**3. DEFENDANT:**
**Present   Not Present   Custody     Not Custody**

**DEFENSE COUNSEL:**
  **FEDERAL DEFENDER:  CJA:   RETAINED:**

**A.U.S.A.:** TANYA HAJJAR

**COURT REPORTER:** LINDA DANELCZYK
**INTERPRETER:**    **LANGUAGE:**

- ☐ Change of Plea Hearing (*~Util-Plea Entered*)   ❏ Revocation of Probation contested
- ☐ Arraignment                                      ☐ Sentencing on a violation
- ☐ Bail Application                                 ☐ Motion Hearing
- ☐ Violation                                        ☐ Hearing
- ☐ Status Conference                                X Sentencing
- ☐ Bail Violation Hearing                           ☐ Motion for sentence reduction
- ☐ Curcio Hearing                                   ☐ Oral Argument
- ❏ Voir Dire Held    ☐ Jury selection    ☐ Jury trial
- ❏ Jury Trial Death Penalty  ❏ Sentence enhancement Phase    ❏ Bench Trial Begun

**Speedy Trial Start :   Speedy Trial Stop:   CODE TYPE:** XT
**Do these minutes contain ruling(s) on motion(s)?   YES              NO   X**

SENTENCING HELD; SEE JUDGMENT.